IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ANA BELIA HERNANDEZ,<br>Institutional ID No. 42791480<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 1:20-CV-00150-C<br>§<br>§<br>§<br>§<br>§ |

### ORDER

Plaintiff, a detainee proceeding pro se, filed a civil rights complaint. As explained below, the Court now finds that this action must be dismissed for want of prosecution.

After this case was filed on July 9, 2020, the Clerk mailed Plaintiff the Court's standard notice and instructions for pro se parties. (Doc. 3). The instructions included, among other things, a warning that Plaintiff must promptly notify the Court of any change in her address, and that her failure to do so could result in the dismissal of this case for want of prosecution. *Id.*

On July 13, 2020, the Court entered a Deficiency Order, instructing Plaintiff to file an amended complaint on the required form and to pay the filing fee or file an application to proceed *in forma pauperis* with a certified statement of her inmate trust account. The Deficiency Order also admonished Plaintiff that she must notify the Court of any change in her address, and that her failure to timely file the required documents or to provide updated address information could result in the dismissal of the case for want of prosecution. Plaintiff did not pay the fee or file any of the required documents.

On October 5, 2020, a Show Cause Order was entered giving Plaintiff twenty (20) days to file an amended complaint and pay the filing fee or file a signed Application to Proceed *in*

*Forma Pauperis* and certificate of her inmate trust account or show cause why she failed to comply with the prior Order. The Order again instructed Plaintiff that her failure to comply would result in the dismissal of her case.

The envelope containing the Show Cause Order was returned to the Clerk unopened on October 15, 2020. (Doc. 7). The envelope is stamped, "Return to Sender—Refused," and "NO LONGER AT ROLLING PLAINS DETENTION CENTER." Plaintiff has not responded to the October 5 Order, nor has she contacted the Court in any way since July.

Plaintiff has not provided a current address, so the Court has no way of contacting her. She did not file an amended complaint, pay the filing fee or file an application to proceed *in forma pauperis* with a certificate of her inmate trust account.

The Court, therefore, finds that Plaintiff's complaint should be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

Judgment shall be entered accordingly.

Plaintiff is admonished that if she re-files her complaint, she must either pay the full filing fee of $402.00 or file an application to proceed *in forma pauperis* and a certificate of her inmate trust account.

Dated January 11, 2021.

SAM R. CUMMINGS
Senior United States District Judge

2