# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | | |
|---|---|---|
| ANA BELIA HERNANDEZ, Institutional ID No. 42791480 | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:20-CV-00150-C |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | § § § | |
| Defendants. | § | |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint and all claims alleged therein are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated January _11_, 2021.

_____
SAM R. CUMMINGS
Senior United States District Judge